# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2125
Lower Tribunal No. 2022-SC-026941-O

_____

MITCHELL R. GREENBERG, D.C. INC. d/b/a INJURY TREATMENT SOLUTIONS a/a/o
VICTORIA MERCER as parent and natural guardian of minor DALTON MERCER,

Appellant,

v.

AMICA MUTUAL INSURANCE COMPANY,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew L. Cameron, Judge.

July 23, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Chad A. Barr and Dalton Gray, of Law Office of Chad A. Barr, P.A., Altamonte Springs, for Appellant.

Marcy Levine Aldrich and Nancy A. Copperthwaite, of Akerman LLP, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED